IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEX D. CAMP,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Teacher P. LEONIDA and Supervisor W. REEVES, in their Individual and Official Capacities,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 08-4515 WHA (PR)<br><br>**ORDER OF DISMISSAL** |

　　　This is a civil rights case filed pro se by a state prisoner. The complaint was dismissed with leave to amend in an order entered on April 6, 2009. Plaintiff's copy of the order was returned by the postoffice as undeliverable on April 9, 2009. Plaintiff has not notified the clerk of any change of address.

　　　More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

　　　**IT IS SO ORDERED.**

Dated: July   20   , 2009.

　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\CAMP4515.DSM.wpd